UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ELAINE SQUERI,
:
: 06 CV 6786 (LDW)(AKT)
         Plaintiff,
:
:
:
:
         -against-                                            : **AMENDED JOINT**
                                                              : **PRETRIAL ORDER**
:
:
SEAFIELD SERVICES, INC. AND JOHN HALEY,                       :
AS AIDER AND ABETTOR,
:
:
         Defendants.                                          :
------------------------------------------------------------- X

    1.    The names, addresses, telephone and fax numbers trial counsel is as follows:

        BRENDAN CHAO
        Attorney & Counselor at Law
        Attorney for Plaintiff
        67 Cutter Mill Road
        Great Neck, New York 11021
        (516) 466- 2033
        (516) 466-2007 (Facsimile)

        Mark E. Spund, Esq.
        DAVIDOFF MALITO & HUTCHER LLP
        Attorneys for Defendants
        200 Garden City Plaza, Suite 315
        Garden City, New York 11530
        (516) 247-4424
        (516) 248-6422(Facsimile)

    2.    The Plaintiff previously requested a trial by jury of this matter, and estimates that four trial days are needed to present her case in chief.

        The Defendants estimate that three trial days are needed to present their case in chief.

    3.    The Plaintiff's fact witnesses are as follows:
        ·John Haley
        ·Mark Epiley
        ·Jeffrey Squeri

·Jo Venturelli
·Dr. Joseph Ippolito
·Lisa Moran
·Michelle Orlando
·Susan Doulos
·Nancy Beckett-Lawless
·Maureen Saccio
·Diane Henry
·Anita Young
·Shirley Johnson
·Dr. Philip Gianelli
·Lizabeth Graeve
·Carl Berglin

The Plaintiff anticipates that these witnesses will testify in person.

The Defendant's fact witnesses are as follows:
·Carl Berglin
·Tricia Corbin
·Dana Diaz
·Susan Doulous
·Kieran Dwyer
·Mark Epley
·Dr. Philip Gianelli
·John Haley
·Diane Henry
·Dr. Joseph Ippolito
·Shirley Johnson
·Nancy Becket Lawless
·Dr. Frank Monteleone
·Lisa Moran
·Michelle Orlando
·Anthony Rizzuto
·Elaine Saccio
·Josephine Verturelli
·Dr. Lora Weiselberg
·Anita Young

The Defendant anticipates that these witnesses will testify in person.

4. The Plaintiff does not anticipate offering deposition testimony in its case in chief.

The Defendants do not anticipate offering deposition testimony in their case in chief.

5. The Parties' list of exhibits to be offered in her case in chief are as follows:

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION | | |
|---|---|---|
| Exhibit | Bates No. | Description |
| 1 | SS 0003-0004 | Cobra Participant Details<br><br>Objection: None |
| 2 | SS 0009-0010 | Benefit Elections<br><br>Objection: None |
| 3 | SS 0026 | Purchase Requisition<br><br>Objection: None |
| 4 | SS 0027 | Korell Memo dated 3/29/2006<br><br>Objection: None |
| 5 | SS 0028 | Elaine Squeri Money Order<br><br>Objection: None |
| 6 | SS 0029 | Squeri letter dated 12/20/2005<br><br>Objection: None |
| 7 | SS 0030-0035 | Explanation of Short Term Disability Benefits<br><br>Objection: None |
| 8 | SS 0036-0038 | Unum Provident letter dated 1/9/2006<br><br>Objection: None |
| 9 | SS 0039-0041 | Unum Provident letter dated 1/6/2006<br><br>Objection: None |
| 10 | SS 0046-0048 | Employee Health History<br><br>Objection: None |
| 11 | SS 0060-0061 | Squeri Resume<br><br>Objection: None |

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION |||
|---|---|---|
| Exhibit | Bates No. | Description |
| 12 | SS 0122 | L. Moran Memo dated 1/17/2006<br><br>Objection: None |
| 13 | SS 0130-0131 | Guardian Enrollment Form<br><br>Objection: None |
| 14 | SS 0136 | Separation Check Sheet<br><br>Objection: None |
| 15 | SS 214-215 | COO Job Description<br><br>Objection: None |
| 16 | SS 0204-0208 | Haley Performance Evaluation<br><br>Objection: Authenticity – Rule 901, Relevancy - Rule 401, Hearsay – Rule 802 |
| 17 | SS 0167-0168 | Haley Resume<br><br>Objection: None |
| 18 | SS 0141-0150 | Haley Payroll Records<br><br>Objection: Relevancy – Rule 403 |
| 19 | SS 0000-0001 | Executive Director Job Description<br><br>Objection: None |
| 20 | SS 0166 | Seafield In-Service<br><br>Objection: Relevancy – Rule 401 |
| 21 | SS 0090-0106 | Seafield Services Personnel Policy Handbook<br><br>Objection: None |

...

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION | | |
|---|---|---|
| Exhibit | Bates No. | Description |
| 22 | SS 0544-0550 | Supervision Notes of K. Dwyer<br><br>Objection: None |
| 23 | SS | Defendants' Position Statement to EEOC with Attachments<br><br>Objection: Relevancy – Rule 401, Prejudicial – Rule 403 |
| 24 | SS 0023-0025 | L. Moran Letter dated 12/8/2005<br><br>Objection: None |
| 25 | SS 0042-0043 | L. Moran Letter dated 12/22/2005<br><br>Objection: None |
| 26 | SS 0132 | Haley Letter dated 1/18/2006<br><br>Objection: None |
| 27 | SS 0135 | Payroll Change Notice<br><br>Objection: None |
| 28 | SS 0140 | Haley Letter to Squeri<br><br>Objection: None |
| 29 | | Medicaid Fraud Control Unit Press Release<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Rule 608, Prejudicial – Rule 403 |
| 30 | SS 00655A-00655 | Corporate Admin. Asst. Job Description<br><br>Objection: None |
| 31 | SS 00795-00800 | Employee Performance Evaluation Policy<br><br>Objection: None |

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION |
|---|---|---|
| Exhibit | Bates No. | Description |
|  |  |  |
| 32 | SS 00830-00831 | Employee Warning Report Policy<br><br>Objection: None |
| 33 | SS 00834-00835 | Termination Report Policy<br><br>Objection: None |
| 34 | SS 0260-0284 | NYDC Plan of Correction<br><br>Objection: Relevancy – Rule 401 |
| 35 | SS 0268-0270 | Mineola Outpatient Meeting Minutes dated 8/23/2005<br><br>Objection: None |
| 36 | SS 00607-00628 | Executive Committee Meeting Minutes dated 9/1/2005<br><br>Objection: None |
| 37 | SS 00566-00570 | Saccio Employee Warning Report<br><br>Objection: None |
| 38 |  | Miscellaneous Audit Reports of Seafield Center, Seafield Services and New York Diagnostic Center<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Rule 608, Prejudicial - Rule 403 |
| 39 |  | Frank Monteleone, M.D.'s medical records of Squeri<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Prejudicial – Rule 403 |
| 40 |  | Philip A. Gianelli, M.D.'s medical records of Squeri<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Prejudicial – Rule 403 |

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION |
|---|---|---|
| Exhibit | Bates No. | Description |
|  |  |  |
| 41 |  | Lora Weiselberg, M.D.'s medical records of Squeri<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Prejudicial – Rule 403 |
| 42 |  | Alan Katz, M.D.'s medical records of Squeri<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Prejudicial – Rule 403 |
| 43 |  | Alexander A. Hindenberg, M.D.'s medical records of Squeri<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Prejudicial – Rule 403 |
| 44 |  | Cindy Kaufman, M.D.'s medical records of Squeri<br><br>Objection: Authenticity – Rule 901, Relevancy – Rule 401, Hearsay – Rule 802, Prejudicial – Rule 403 |
| 45 | 0013-0018; 0023 | Squeri 2004-2006 W-2's<br><br>Objection: None |
| 46 | 0025-0055; 0064-0076 | Miscellaneous Job Postings and Cover Letters<br><br>Objection: Authenticity – Rule 901 |
| 47 | 0081 | Seafield Letter dated 12/15/2005<br><br>Objection: None |
| 48 | 0081 | Seafield Letter dated 10/26/2006<br><br>Objection: None |
| 49 | 0087-0132 | Verizon LUDS<br><br>Objection: None |

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION |
|---|---|---|
| Exhibit | Bates No. | Description |
|  |  |  |
| 50 |  | Job Posting<br><br>Objection: Authenticity – Rule 901, Hearsay – Rule 802 - Unidentified Documents |
| 51 | SS 0293-0349 | Seafield Services Financial Statement<br><br>Objection: Relevancy – Rule 401, Prejudical - Rule 403 |
| 52 | SS 0350-0351 | Haley W-2<br><br>Objection: Relevancy – Rule 401, Prejudicial – Rule 403 |
| 53 | SS 0353-0372 | Seafield Employee Handbook<br><br>Objection: None |
| 54 | SS 0373 | R. Lipp Letter dated 12/8/1999<br><br>Objection: None |
| 55 | SS 00374 | L. Moran Memo<br><br>Objection: None |
| 56 | SS 0375-0403 | Equal Employment Opportunity Policy<br><br>Objection: None |
| 57 | SS 0255-257;<br>000513-524;<br>000530-536;<br>000538-543 | Miscellaneous Journal Entries<br><br>Objection: Foundtion Obj. to Extent Entire Document Not Submitted |
| 58 | SS 0287-0288 | Office Assistant Job Description<br><br>Objection: None |

| PLAINTIFF'S EXHIBITS WITH DEFENDANTS' OBJECTION | | |
|---|---|---|
| Exhibit | Bates No. | Description |
| 59 | SS0289 | Receptionist Job Description<br><br>Objection: None |
| 60 | SS 0290-0292 | Office Manager Job Description<br><br>Objection: None |
| 61 | SS 00589-600; 00601-614 | Executive Committee Minutes<br><br>Objection: None |
| 62 | SS 00875-878 | Haley Personal Financial Statement<br><br>Objection: Relevancy – Rule 401, Prejudicial – Rule 403 |
| 63 | SS 00544; 00566-00570 | Employee Warning Report<br><br>Objection: To Extent All Documents Not Submitted |
| 64 | SS 00632-874 | Policy & Procedure Manual<br><br>Objection: Relevancy – Rule 401 |
| 65 |  | Defendants' Responses to Interrogatories<br><br>Objection: None |

| DEFENDANTS' EXHIBITS WITH PLAINTIFF'S OBJECTION |||
|---|---|---|
| Exhibit | Bates No. | Description |
| A | SS 167-168 | John Haley Resume<br><br>Objection: None |
| B | SS0214-15 | Chief Operating Officer Job Description<br><br>Objection: None |
| C | SS 0020-21 | Resume of Domenick Pusateri<br><br>Objection: Hearsay and Relevance |
| D | S064-065 | Elaine Squeri Resume<br><br>Objection: None |
| E | SS083 | Elaine Squeri Application for Employment<br><br>Objection: None |
| F | SS 138 | Payroll Change Notice dated 5/23/05<br><br>Objection: None |
| G | SS 249 | 11/10/05-Memo to Personnel file from John Haley<br><br>Objection: Hearsay |
| H | SS 250-254 | 12/07/05-Memo to Anita Young from Kieran Dwyer<br><br>Objection: Hearsay |
| I | SS023-025 | 12/8/05 Letter to Elaine Squeri from Lisa Moran<br><br>Objection: None |
| J | SS 137 | Termination Report<br><br>Objection: None |
| K | SS 135 | Payroll Change Notice – Dated 1/18/06<br><br>Objection: None |

| DEFENDANTS' EXHIBITS WITH PLAINTIFF'S OBJECTION |||
|---|---|---|
| Exhibit | Bates No. | Description |
| L | SS 132 | 1/18/06 Termination Letter<br><br>Objection: None |
| M | SS 133 | Certified Mail Receipt<br><br>Objection: None |
| N | SS 134 | Return Receipt Card signed by Elaine Squeri<br><br>Objection: None |
| O | SS 404 | 1/20/06 Memo re Diane Henry – Executive Director<br><br>Objection: Relevance |
| P | SS 405 | 1/19/05 Payroll Change Notice<br><br>Objection: Relevance |
| Q | SS 406 | 12/14/06 Payroll Change Notice<br><br>Objection: Relevance |
| R | SS 140 | 10/30/06 Letter to Elaine Squeri – with certified receipt and signed return receipt card<br><br>Objection: None |
| S | SS 544 | 9/3/03 - Employee Warning Report – Re: Maryanne Giordano<br><br>Objection: None |
| T | SS 545 | 11/23/07 – Payroll Change Notice re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| U | SS 546 | 11/23/07 – Termination Report re: Sheryl Stellwagen-Svensson |

| DEFENDANTS' EXHIBITS<br>WITH PLAINTIFF'S OBJECTION | | |
|---|---|---|
| Exhibit | Bates No. | Description |
| | | Objection: None |
| V | SS 547-550 | 11/23/07 – Memorandum from Anita Young to Personnel file re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| W | SS 553 | 9/17/07 – Payroll Change Notice re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| X | SS 554 | 12/22/05 – Payroll Change Notice re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| Y | SS 555 | 12/22/05 – Termination Report re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| Z | SS 556 | 11/12/05 Memo to John Haley from Nancy Beckett-Lawless re: Sheryl Stellwagen –Svensson<br><br>Objection: None |
| AA | SS 557-558 | 11/28/05 Memo to John Haley from Sally McGarrity re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| AB | SS 559-560 | 11/29/05 Memo to John Haley from Nancy Beckett-Lawless re: Sheryl Stellwagen-Svensson<br><br>Objection: None |
| AC | SS 566-570 | 2/17/08 – Employee Warning Report re: Maureen Saccio and Memo re: Maureen Saccio<br><br>Objection: None |

| DEFENDANTS' EXHIBITS WITH PLAINTIFF'S OBJECTION | | |
|---|---|---|
| Exhibit | Bates No. | Description |
| AD | SS 258-259 | Email dated 10/5/05 from Shelly to Susan D. <br><br> Objection: Hearsay |
| AE | SS 255-257 | Notes of Trisha Carbin [sic] <br><br> Objection: Hearsay |
| AF | SS 268-270 | 8/29/05 Notes of Mineola Outpatient Meeting. <br><br> Objection: Hearsay |
| AG | SS 544-550 | Kieran Dwyer Supervision Notes <br><br> Objection: None |
| AH | 513-543 | Kieran Dwyer Notes <br><br> Objection: Hearsay |
| AI | | 11/17/05 Letter from Dr. Lora Weiselberg to Dr. Frank Monteleone <br><br> Objection: Hearsay |
| AJ | | 11/15/05 – Faculty Practice Plan Follow Up by Dr. Weiselberg <br><br> Objection: Hearsay |
| AK | | 11/20/05 – Psychiatric Evaluation by Dr. Gianelli <br><br> Objection: Hearsay |
| AL | | 11/29/05 letter from Dr. Philip Gianelli to Dr. Frank Monteleone <br><br> Objection: Hearsay |
| AM | | 12/7/05 – Winthrop University Hospital Surgical Pathology Report <br><br> Objection: None |

| Exhibit | Bates No. | Description |
|---|---|---|
| **DEFENDANTS' EXHIBITS WITH PLAINTIFF'S OBJECTION** | | |
| | | |
| AN | SS 979-990 | Amended and Restated Stafford Rental Agreement<br><br>Objection: None |
| AO | | Amended Complaint<br><br>Objection: None |
| AP | | Plaintiff's Response to Defendant's First Set of Interrogatories<br><br>Objection: None |
| AQ | SS052 | Employee Physical Examination dated 6/3/05<br><br>Objection: None |
| AR | SS029 | 12/30/05 Letter to Lisa Moran from Elaine Squeri<br><br>Objection: None |
| AS | SS030-035 | Short Term Disability Payment Explanation<br><br>Objection: None |
| AT | PL Ex. 2 | Check Stub dated – 8/17/05<br><br>Objection: None |
| AU | SS090-114 | Seafield Services Personnel signed by Elaine Squeri<br><br>Objection: None |
| AV | PL 13-15 | Squeri W-2's for 2006<br><br>Objection: None |
| AW | PL 16-18 | Squeri W-2 for 2005<br><br>Objection: None |

| DEFENDANTS' EXHIBITS WITH PLAINTIFF'S OBJECTION |
|---|---|---|
| Exhibit | Bates No. | Description |
|  |  |  |
| AX | PL 89-100 | Verizon Statement dated January 19, 2006 – for No. 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<br><br>Objection: None |
| AY | PL 101-124 | Verizon Statement dated January 1, 2006 for No. 718-423-5033<br><br>Objection: None |
| BA | PL 127-129 & 132 | Verizon Wireless Statement January 1, 2006 – pages 4, 5 & 6<br><br>Objection: None |
| BB | PL 126 | Verizon Wireless statement dated February 1, 2006- page 3<br><br>Objection: none |
| BC | PL 128-130 & 132 | Verizon Wireless Statement dated February 1, 2006 – pages 4-6<br><br>Objection: None |
| BD |  | EEOC Charge of Discrimination<br><br>Objection: None |
| BE |  | Executive Committee Minutes May, 2005, through December, 2005.<br><br>Objection: None |

Dated: June 20, 2008
   Great Neck, New York

        BRENDAN CHAO, ESQ.
        Attorney & Counselor at Law

        By: _____
        Brendan Chao (BC 8811)
        Attorney for Plaintiff
        67 Cutter Mill Road
        Great Neck, New York 11021
        (516) 466-2033


        By: _____
        Mark E. Spund (MES 4705)
        DAVIDOFF, MALITO & HUTCHER, L.L.P.
        Attorneys for Defendants
        220 Garden City Plaza, Suite 315
        Garden City, New York 11530
        (516) 248-6400